be dismissed. Whereas, appellant has failed to respond to this court's April 17, 2003 order, IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0819.   State ex rel. Borden, Inc. v. Wilson.**
Franklin App. No. 02AP–107, 2003-Ohio-1332.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0578.   State ex rel. Nash v. Indus. Comm.**
Franklin App. No. 02AP–616, 2003-Ohio-953.

**2003–0583.   State ex rel. Buckley v. Indus. Comm.**
Franklin App. No. 02AP–498, 2003-Ohio-667.

[Cite as *05/15/2003 Case Announcements # 2,* 2003-Ohio-2486.]


## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *May 15, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0656.   Columbus S. Power Co. v. Pub. Util. Comm.**
Public Utilities Commission No. 02–46–EL–CSS. On motion for leave to intervene of Brian Tomlin. Motion granted.

[Cite as *05/16/2003 Case Announcements # 2,* 2003-Ohio-2454.]


## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *May 16, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2002–0400.   Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 01–2736–EL–UNC. On motion for leave to intervene of FirstEnergy Corp. Motion granted.
COOK, J., not participating.
On motion to dismiss of the Public Utilities Commission of Ohio. Motion granted and cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., concur.
PFEIFER, J., dissents.
COOK, J., not participating.

**2002–1428.   Tongren v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–1532–TP–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.
COOK, J., not participating.

**2002–1444.   AARP v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–1532–TP–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.